AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 21 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America )
v. )
Jeremy Thompson ) Case No. 2:17 mj 9
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   April 20, 2017   in the county of   Jefferson Davis   in the
  Southern   District of   MS, Eastern Division  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |
| | and |
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, methamphetamine, a schedule II narcotic drug controlled substance. |

This criminal complaint is based on these facts:
See affidavit attched hereto and incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael S. Knoll Special Agent/ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    04/21/2017

_____
*Judge's signature*

City and state:    Hattiesburg, MS         Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

<u>Affidavit for Criminal Complaint</u>

Probable Cause

I, Michael S. Knoll, being duly sworn and deposed, state the following:

I have been employed since March 24, 2002 as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Prior to service with ATF, I was employed as a Border Patrol Agent with the United States Border Patrol from May 19, 1997 thru March 23, 2002. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program, ATF New Professional Training, and the United States Border Patrol Academy. I am a 1996 graduate of Southeastern Louisiana University with a Bachelor of Arts degree in Criminal Justice. As an ATF Special Agent, I am empowered to investigate violations of Federal Firearms, Arson, Explosive, and Drug Laws.

During my tenure with ATF I have been involved in various capacities with numerous investigations involving the possession and trafficking of firearms and narcotics by violent convicted felons.

Based upon my own personal knowledge and information I have received from officers of the Jefferson Davis County Sheriff's Office (JDCSO), Mississippi Bureau of Narcotics (MBN), and ATF, I am aware of the following facts.

1. On April 17, 2017, near the community of Carson, Mississippi, located within Jefferson Davis County, a physical altercation occurred between two individuals. One of the individuals was identified as Jeremy THOMPSON and the other identified as Victim. Following the altercation, THOMPSON walked to his nearby vehicle, retrieved a handgun, and shot it several times in Victim's direction. Victim ran into the woods and was not injured. Following the altercation, Victim reported the shooting to the JDCSO which led to an investigation. Statements from Victim and a witness led to THOMPSON being identified as the shooter. JDCSO investigator Zack Jackson obtained a State search warrant for THOMPSON's residence in Bassfield, Mississippi in order to locate the firearm used in the shooting. An arrest warrant was for THOMPSON for Aggravated Assault was also obtained.

2. On April 20, 2017, JDCSO deputies, MBN agents, and ATF agents executed the search warrant. A loaded Ruger 9mm pistol model number P89, serial number 310-26839 was found on a nightstand in THOMPSON's bedroom, a loaded Rock River Arms .223 caliber rifle, model number LAR-15, serial number CM87634 was found next to THOMPSON's nightstand, and a disassembled Taurus 9mm pistol serial number TKH09940AFSD was found in THOMPSON's backyard. In addition to the firearms, one box of 9mm ammunition was found next to a television in THOMPSON's bedroom, two clear bags with approximately 50 rounds of .223 caliber ammunition was found in THOMPSON's bedroom closet, an extra magazine for the rifle was under THOMPSON's mattress with approximately $1200 in cash. Also, approximately eight ounces of methamphetamine in individual clear bags was found in a shoebox in THOMPSON's closet. A small amount of heroin and marijuana and 25 oxycodone hydrochloride pills were found on THOMPSON's nightstand. A

    digital scale was also found in the kitchen. Upon discovering the additional firearms and narcotics, agents obtained a second State search warrant to seize the remaining firearms and narcotics.

3. THOMPSON was read his Miranda rights and waived said rights. THOMPSON stated he used the Ruger pistol found near his bed on the nightstand to shoot at Victim. THOMPSON also stated he has been using controlled substances for ten years. When questioned about the digital scale, THOMPSON stated that he used it to weigh the methamphetamine to package for sale.

4. On May 16, 2011, Jeremy THOMPSON was convicted in Marion County Circuit Court of Possession of a Controlled Substance and received five years of probation in cause number K09-0145P. On April 20, 2017, ATF Special Agent Michael Knoll obtained a copy of the conviction.

7. ATF Special Agent Shane Lynes observed the three firearms and determined that none of the firearms were manufactured in the State of Mississippi, therefore all firearms affected interstate commerce.

8. Field tests were conducted on the methamphetamine, heroin, and marijuana which all yielded positive results.

9. Based on the foregoing facts and circumstances, your affiant believes probable cause exist that Jeremy THOMPSON did violate Title 18 U.S.C. 922(g)(1)- Possession of a Firearm by a Convicted Felon and Title 21 841(a)(1)- Possession of a Controlled Substance with Intent to Distribute.

    Further your affiant sayeth not.

_Michael Knoll_
Michael S. Knoll
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed by me this 21st day of April 2017.

_____
United States Magistrate Judge