IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17cr10-KS-MTP

JEREMY TYRELL THOMPSON

### **ORDER FOR THE RETURN OF PROPERTY**

Before this Court is the United States of America's Motion for an Order to Return Property, and Notice. Mot. for an Order to Return Property, ECF No. 31. The Court entered an Agreed Preliminary Order of Forfeiture on December 19, 2017 (ECF No. 27), forfeiting specific firearms and ammunition to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Because the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has already administratively forfeited these firearms and ammunition on August 10, 2017, the United States no longer seeks a final order of forfeiture. However, because the ATF has determined that one of the firearms was stolen, it seeks an Order from this Court to return the stolen firearm, **One (1) Rock River Arms, Inc. Rifle, Caliber: 556, Serial Number: CM87634**, to its rightful owner.

Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the ATF shall return the stolen firearm to its rightful owner as soon as practicable.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this __10th___ day of January, 2018.

  ___s/Keith Starrett_____
  UNITED STATES DISTRICT JUDGE